**NIFONG v. C. C. MANGUM, INC.**

[344 N.C. 730 (1996)]

NINA GOOCH NIFONG Plaintiff v. C.C. MANGUM, INC., Defendant and Third Party Plaintiff v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, Third Party Defendant

No. 150A96

(Filed 8 November 1996)

On appeal as of right pursuant to N.C.G.S. § 7A-30(2) and on discretionary review pursuant to N.C.G.S. § 7A-31(a) of a decision by a divided panel of the Court of Appeals, 121 N.C. App. 767, 468 S.E.2d 463 (1996), affirming an order for summary judgment for defendant C.C. Mangum, Inc. entered 15 July 1994 in Superior Court, Durham County. Heard in the Supreme Court 17 October 1996.

*Pulley, Watson, King & Lischer, P.A., by Michael J. O'Foghludha and Stella A. Boswell, for plaintiff-appellant.*

*Cranfill, Sumner & Hartzog, L.L.P., by David H. Batten and William W. Pollock, for defendant-appellee C.C. Mangum, Inc.*

*Twiggs, Abrams, Strickland & Trehy, P.A., by Jerome P. Trehy, Jr., for The North Carolina Academy of Trial Lawyers, amicus curiae.*

*Johnston, Taylor, Allison & Hord, by John B. Taylor, for Carolinas Associated General Contractors, Inc., amicus curiae.*

PER CURIAM.

AFFIRMED.